## ORDER

PER CURIAM:

W.D. Gilmer appeals the trial court's judgment granting Greenfield Village Homes Association and John Smith's motion to dismiss for failure to state a cause of action. On appeal, Mr. Gilmer claims that the trial court erred in dismissing his petition because his action was not barred by the statute of limitations and because he properly stated a claim for negligence. This court finds that Mr. Gilmer failed to allege sufficient facts to support a claim for negligence. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J.. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., ELLIS and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM.

Appellant Gregory A. Hudson appeals the denial of his Rule 29.15 motion for postconviction relief without an evidentiary hearing. Mr. Hudson had been found guilty by a jury of one count of murder in the first degree, section 565.020, RSMo 1994, and one count of armed criminal action, section 571.015, and sentenced to consecutive terms of life without parole and life. We affirm the denial of his motion under Rule 29.15. Rule 84.16(b).

**Gregory A. HUDSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58095.**

Missouri Court of Appeals,
Western District.

Submitted Oct. 10, 2000.

Decided Jan. 23, 2001.

Tara L. Jensen, Asst. Public Defender, Kansas City, for appellant.

**Major Carter DEWEESE Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58064.**

Missouri Court of Appeals,
Western District.

Jan. 23, 2001.

Tara L. Jensen, Asst. Public Defender, Kansas City, for appellant.